IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GORDON PALMER, Grandparents and Next Friends of Rebecca Palmer, DONNA PALMER, Grandparents and Next Friends of Rebecca Palmer, and REBECCA PALMER, Individually, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:10CV3126 |
| V. | ) ) | |
| ANTHONY L. KERMMOADE, | ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

      This matter comes to the Court's attention on the Motion of Robert R. Moodie (filing no. 6) to be substituted as counsel for the plaintiffs in the above-captioned matter. Complaint was previously filed by Daniel H. Friedman, also of Friedman Law Offices. The Court being fully advised finds that Robert R. Moodie should be substituted as counsel for the plaintiffs in this matter.

      IT IS THEREFORE ORDERED that the motion is granted (filing no. 6) and Robert R. Moodie of Friedman Law Offices is substituted as counsel of record for the plaintiffs in this matter.

      DATED this 19th day of July, 2010.

                                          BY THE COURT:

                                          s/ *Cheryl R. Zwart*
                                          United States Magistrate Judge