IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GORDON PALMER, Grandparents and Next Friends of Rebecca Palmer, DONNA PALMER, Grandparents and Next Friends of Rebecca Palmer, and REBECCA PALMER, Individually,<br><br>    Plaintiffs,<br><br>V.<br><br>ANTHONY L. KERMMOADE,<br><br>    Defendant. | 4:10CV3126<br><br>MEMORANDUM AND ORDER |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims. Accordingly,

IT IS ORDERED that:

(1) Within **thirty (30)** calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) This case is removed from the court's trial docket upon representation by the parties that the case has settled.

DATED this 4th day of March, 2011.

                BY THE COURT:

                *Richard G. Kopf*
                United States District Judge